1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,
12                   Plaintiff,
13        v.                          CR. NO. S-02-150 LKK
14 MICHAEL SANDOVAL,
15                   Defendant.
                                    /
16 UNITED STATES OF AMERICA,
17                   Plaintiff,
18        v.                          CR. NO. S-06-376 OWW
19 MICHAEL SANDOVAL-GUTIERREZ,
    aka MICHAEL SANDOVAL,             **RELATED CASE ORDER**
20
                    Defendant.
21                                  /

22      Examination of the above-entitled criminal actions reveals
23 that the actions are related within the meaning of Local Rule 83-
24 123, E.D. Cal. (1997).  For the reasons set forth in the
25 government's Notice of Related Cases, the assignment of the matters
26 to the same judge is likely to effect a substantial savings of

judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rules 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-02-150 LKK be, and the same hereby is, reassigned to Judge Oliver W. Wanger for all further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be shown as CR. NO. S-02-150 OWW.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: December 21, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT